IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

E.C., A CHILD,

    Petitioner,

 v.                                Case No. 5D17-3861

STATE OF FLORIDA,

    Respondent.

_____/

Opinion filed December 29, 2017

Petition for Certiorari Review of Order
from the Circuit Court for Orange County,
Sally Kest, Judge.

Robert Wesley, Public Defender, and Tyler
Stiglich, Assistant Public Defender, Orlando,
for Petitioner.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Rebecca Rock McGuigan,
Assistant Attorney General, Daytona Beach,
for Respondent.


PER CURIAM.

    E.C. petitions this Court for a writ of mandamus compelling the trial court to toll speedy trial, stay all proceedings, and appoint two experts to evaluate his competency pursuant to Florida Rule of Juvenile Procedure 8.095 and section 985.19(1), Florida Statutes (2016). We sua sponte treat this matter as a petition for certiorari, find the trial court's order departs from the essential requirements of law, and grant the petition.

E.C.'s counsel filed five separate motions to determine competency. The trial court denied all five motions as "legally insufficient." While several of the motions were legally insufficient, the final motion satisfied the requirements of rule 8.095(a)(1) and section 985.19, and should have been granted. Hence, we quash the order denying the fifth motion to determine competency. On remand, the trial court shall stay the proceedings and order an examination in compliance with rule 8.095 and section 985.19.

PETITION GRANTED; ORDER QUASHED.

PALMER, ORFINGER and EVANDER, JJ., concur.